WILLIAM M. BACON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

ROBERT S. KOCH, Respondent, *v.* SAME, Appellant.

(Argued December 16, 1872; decided December 24, 1872.)

*A. P. Laning* for the appellant.

*George W. Cothran* for the respondent.

JUDGMENTS from single penalty affirmed with costs. No opinion.

---

JESSE M. HUGHES et al., Respondents, *v.* HENRY BILLING-HURST, impleaded, etc., Appellant.

(Argued December 18, 1872; decided December 24, 1872.)

*James C. Cochrane* for the appellant.

*E. A. Raymond* for the respondents.

ALL concur for affirmance on opinion of Gardner, referee.

Judgment affirmed.